AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

STEVEN FISHER, an individual, and
ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation,

        Plaintiffs,

v.

URBAN SALT LAKE HOTEL COMPANY,
LLC, a Foreign Limited Liability Company,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00158-TC-DBP

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

_____

January 15, 2020

*Date*

BY THE COURT:

_/s/ Tena Campbell_____
U.S. District Court Judge Tena Campbell